PS 42
(Rev 07/93)

**United States District Court**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2020

SEAN F. McAVOY, CLERK

**United States of America**     )
                                 )
         **vs**                  )
                                 )
**Larry Nicholas Kennedy**       )     Case No. 2:18CR00218-RHW-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Larry Nicholas Kennedy, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On March 30, 2020, Mr. Kennedy was released from custody under conditions of pretrial release supervision (CM/ECF No. 77). Mr. Kennedy's release conditions subjected him to a curfew from 6 p.m. to 6 a.m. daily. In addition, Mr. Kennedy is currently required to remain in the Eastern District of Washington unless defense counsel files a motion with the Court allowing him to leave the judicial district.

Mr. Kennedy recently obtained employment at Core-Mark International, Inc. (Core-Mark) in Spokane Valley, Washington. This business supplies food and other goods to convenience stores in the region. His current shift starts at 2 p.m. and ends at midnight, Sunday through Thursday.

Mr. Kennedy advised, he may have the opportunity to assist Core-Mark delivery drivers by delivering products to convenience stores in the region. Mr. Kennedy advised these job duties may require him to travel into the states of Oregon and Idaho, to make deliveries. He stated his shifts could last up to twenty hours per day, but there would be no overnight travel required.

Since his release from custody onto pretrial release supervision Mr. Kennedy has complied with the conditions imposed by the Court. Based on Mr. Kennedy's compliance and his employment opportunities, the undersigned officer respectfully requests the Court removes Mr. Kennedy's curfew (Special Condition #28). Additionally, the undersigned officer respectfully recommends the Court modify Mr. Kennedy's travel restrictions (Special Condition #14) to allow travel outside of the Eastern District of Washington, for employment purposes, with prior approval from the U.S. Probation Office.

Defense counsel nor the U.S. Attorney's Office object to the above-noted modifications.

I consent to this modification of my release conditions and agree to abide by this modification.

RE: Kennedy, Larry Nicholas
July 2, 2020
Page 2

| _____ | 7/2/20 | Erik Carlson | 07/02/2020 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Larry Nicholas Kennedy | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Unable to sign; approved through email communication | 07/09/2020 |
|---|---|
| Signature of Defense Counsel | Date |
| Jeffry Finer | |

[X] The above modification of conditions of release is ordered, to be effective on 7-10-2020

[ ] The above modification of conditions of release is **not** ordered.

_____  7-10-2020
Signature of Judicial Officer      Date
The Honorable John T. Rodgers