```
PROB 12C
(6/16)
```
Report Date: October 26, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Larry Nicholas Kennedy | Case Number: 0980 2:18CR00218-RHW-1 |
| Address of Offender: | Liberty Lake, Washington 99019 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 14, 2021

| | |
|---|---|
| Original Offense: | Ct.1: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>Ct. 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5845 and 5871 |
| Original Sentence: | Prison - 429 Days (time served)    Type of Supervision: Supervised Release<br>TSR - 36 Months |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: June 14, 2021 |
| Defense Attorney: Jeffry Keith Finer | Date Supervision Expires: June 13, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Kennedy is considered to be in violation of his supervised release by using methamphetamine and amphetamine on or about October 5, 2021.<br><br>On June 21, 2021, this officer reviewed the judgement and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included special condition number 4.<br><br>On October 6, 2021, this officer received notification from Pioneer Behavioral Health that Mr. Kennedy tested presumptive positive for methamphetamine on October 5, 2021. Mr. Kennedy did sign an admission form indicating he used methamphetamine; however, he did not provide the date he consumed methamphetamine. On October 13, 2021, this officer received verification from the national lab indicating Mr. Kennedy's urine sample submitted |

Prob12C
Re: Kennedy, Larry Nicholas
October 26, 2021
Page 2

on October 5, 2021, was confirmed positive for methamphetamine and amphetamine. On October 26, 2021, Mr. Kennedy provided confirmation he consumed methamphetamine on October 5, 2021, in response to the death of his cousin.

2   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Kennedy is considered to be in violation of his supervised release by using methamphetamine on or about October 13, 2021.

On June 21, 2021, this officer reviewed the judgement and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included special condition number 4.

On October 13, 2021, Mr. Kennedy submitted to a drug screen at Pioneer Behavioral Health, which yielded presumptive positive for methamphetamine. Mr. Kennedy denied use and the sample was sent to the national lab for confirmation. On October 24, 2021, this officer received confirmation from the lab that the sample submitted on October 13, 2021, was confirmed positive for methamphetamine and amphetamine. Mr. Kennedy advised his last use of methamphetamine was October 5, 2021. As a result, an interpretation letter has been sent to the national lab requesting verification of whether or not Mr. Kennedy has continued to use methamphetamine. These results are pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Emely Cubias

October 26, 2021

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

10/27/2021
Date