PROB 12C
(6/16)

Report Date: December 21, 2021

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Larry Nicholas Kennedy          Case Number: 0980 2:18CR00218-SMJ-1

Address of Offender:                              Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 14, 2021

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2);
                     Possession of an Unregistered Firearm, 26 U.S.C. §§ 5845 and 5871;

Original Sentence:   Prison - 429 days;                Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Earl A. Hicks                     Date Supervision Commenced: June 14, 2021

Defense Attorney:    Kathryn Patricia Lucido           Date Supervision Expires: June 13, 2024

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2021, and 11/16/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
7 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Kennedy is considered to be in violation of his supervised release by failing to report for drug testing on December 3, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included special condition number 4.

On December 6, 2021, this officer received notification from Pioneer Human Services (PHS) that Mr. Kennedy failed to report for his random drug screen on December 3, 2021. Mr. Kennedy was confronted on December 7, 2021, and he denied having missed his drug screen. This officer reached out to PHS to verify their records, but did not confirm until December 14, 2021, that Mr. Kennedy had in fact not reported for a drug screen. This officer questioned

him again on December 14, 2021, and he remained adamant he had submitted to a drug screen. When this officer advised him that was not the case, he was unable to provide an excuse as to why he failed to submit to drug testing.

8      **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence:** Mr. Kennedy is considered to be in violation of his supervised release by failing to answer this officer's questions honestly on December 7, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included standard condition number 4.

As described above, Mr. Kennedy was confronted on December 7, 2021, regarding missing his drug screen. He denied having missed a drug screen, stating he did report for a drug screen on December 3, 2021. This officer was ultimately able to confirm with Pioneer Human Services that Mr. Kennedy in fact did not report for a drug screen and was, therefore, dishonest with this officer when questioned on December 7, 2021.

9      **Standard Condition #12:** If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgement. You shall notify the probation officer of any material chance in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.

**Support Evidence:** Mr. Kennedy is considered to be in violation of his supervised release by failing to make any payments toward his special penalty assessment on or about December 14, 2021 and December 16, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included standard condition number 12.

On December 14, 2021, this officer spoke to Mr. Kennedy over the phone to discuss when he would make a minimum payment of $25 toward his special assessment fee. It should be noted, on June 21, 2021, Mr. Kennedy had previously agreed to pay the special assessment fee within 3 months, but has failed to make any payments. Mr. Kennedy, on December 14, 2021, stated he would make a payment the same date (December 14, 2021) if he had time or on Thursday, December 16, 2021. Per review of the payment records, no payment has been collected to date from Mr. Kennedy.

10     **Special Condition #1:** You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Support Evidence:** Mr. Kennedy is considered to be in violation of his supervised release by failing to engage in mental health counseling on or about December 14, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included special condition number 1.

On December 14, 2021, this officer received notification from Robert Shepard that Mr. Kennedy had failed to show up to his session and called to cancel. Mr. Shepard indicated it was uncharacteristic of Mr. Kennedy. To date, Mr. Kennedy has failed to explain why he missed his counseling session.

11 **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Mr. Kennedy is considered to be in violation of his supervised release by failing to report to the office as directed on December 16, 2021, at 12 p.m.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included standard condition number 2.

On December 14, 2021, over the phone, this officer directed Mr. Kennedy to report to this office on December 16, 2021, at 12 p.m., to meet with USPO Hanson to review expectations for the Sobriety Treatment and Education Program (STEP) prior to observing STEP Court. He understood he was to report to the office on December 16, 2021, at 12 p.m. Mr. Kennedy did not show up to the office until approximately 1:14 p.m., and he did not provide an excuse as to why he was over 1 hour late to his appointment with Officer Hanson.

12 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Kennedy is considered to be in violation of his supervised release by refusing to submit to a drug screen on or about December 16, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included special condition number 4.

When Mr. Kennedy reported for STEP Court on December 16, 2021, he was instructed to provide a drug screen. Mr. Kennedy advised he was not able to provide a sample prior to STEP Court. As a result, Mr. Kennedy was instructed and directed to return to the office following his observation of STEP Court. Mr. Kennedy failed to do so and to date, has failed to provide an excuse for his behavior.

13 **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Kennedy, Larry Nicholas
December 21, 2021
Page 4

**Supporting Evidence:** Mr. Kennedy is considered to be in violation of his supervised release by failing to report by telephone as directed by 4 p.m., on December 20, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included standard condition number 2.

On December 20, 2021, at 9:20 a.m., this officer received notification from Pioneer Human Services (PHS) that Mr. Kennedy had tested presumptive positive for amphetamine and methamphetamine on December 17, 2021. This officer called Mr. Kennedy at 9:23 a.m. in an attempt to confront him. Mr. Kennedy did not answer his phone and this officer left a clear voicemail indicating he needed to return this officer's call by 4 p.m., on December 20, 2021. Mr. Kennedy has failed to return this officer's call as directed.

14    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Kennedy is considered to be in violation of his supervised release by admitting to the treatment provider at Pioneer Human Services to using methamphetamine on or about December 13, 2021.

On June 21, 2021, this officer reviewed the judgment and sentence with Mr. Kennedy. He stated he understood the conditions of his supervised release, which included special condition number 4.

On December 20, 2021, this officer spoke to Mr. Kennedy's treatment counselor at Pioneer Human Services to discuss Mr. Kennedy's presumptive positive drug screen. She reported when she met with Mr. Kennedy for his intake on December 15, 2021, he admitted to last using methamphetamine on December 13, 2021. She noted that if his drug screen from December 17, 2021, is confirmed positive by the lab, then it would be indicative of continued use of methamphetamine after December 13, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Emely Cubias

12/21/2021

Emely Cubias
U.S. Probation Officer

Prob12C
Re: Kennedy, Larry Nicholas
December 21, 2021
Page 5

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/21/2021
Date